UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAQUESTA N. BAKER,
    Plaintiff,

v.                                 2:25-cv-1122-KCD-NPM

NAPLES HMA LLC,
    Defendant.

---

## SHOW CAUSE ORDER

In this case, a Rule 16 scheduling conference was held virtually at the Fort Myers, Florida Federal Courthouse, Courtroom 5-C, on February 12, 2026, at 10:00 a.m. Defendant's counsel Tracey Jaensch[1] failed to appear. A sanction is appropriate both as a consequence and to deter this behavior. **By February 26, 2026**, Jaensch must show cause why she should not be sanctioned for failure to appear at the conference *or* file a notice of compliance with this order certifying a $50 payment to the Southwest Florida Federal Bar Association. The Association will use these funds in its ongoing efforts to elevate the practice of law. If Jaensch chooses to make the payment, she must mail her check *along with this order* to:

**Southwest Florida Federal Bar Association**
**P.O. Box 264**
**Fort Myers, Florida 33902**

**ORDERED** on February 12, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge

---

[1] Jaensch is lead counsel. She neither appeared nor made adequate arrangements for someone else to appear.